1  JS 6
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | WEDGEWOOD INVESTMENT POOL, LLC, | Case No. CV11-03218 DSF (VBKx) |
|---|---|---|
| 12 | Plaintiff, | JUDGMENT |
| 13 | v. | |
| 14 | RICARDO VASQUEZ, et al., | |
| 15 | Defendants. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1       The Court having reviewed the Notice of Failure of Defendants' Counsel to Comply
2 with This Court's May 9, 2011 Order for Payment of Attorney's Fees and Request for
3 Judgment, and finding good cause therefor, enters Judgment for Wedgewood Investment
4 Pool, LLC, and against attorney Douglas E. Klein, California State Bar Number 119924,  in
5 the amount of $2,370.00.

6       IT IS ORDERED, ADJUDGED, AND DECREED that Douglas E. Klein shall pay
7 Wedgewood Investment Pool, LLC the amount of $2,370.00.

8       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Wedgewood
9 Investment Pool, LLC, shall recover post-judgment interest at the legal rate, as provided by
10 28 U.S.C. § 1961(a), from May 9, 2011 until paid.

12       IT IS SO ORDERED:

14 Dated:  1/13/12

*Dale S. Fischer*

Dale S. Fischer, United States District Judge